IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

GREENWOOD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CONSENT ORDER |
| ) | |
| vs. ) | C/A: 8:07-3631 HFF |
| ) | |
| Charles Lee Allen; Alberta B. ) | |
| Allen; Newberry Savings and ) | |
| Loan; J. P. Morgan Chase Bank ) | |
| as Trustee on behalf of the ) | |
| registered certificateholders of) | |
| GSAMP Trust 20004-SEA2, Mortgage) | |
| Pass-Through Certificates, ) | |
| Series 2004-SEA2; Bessie A. ) | |
| Chattman; Frank Allen; and ) | |
| Bobby Hiller and Lucy Hiller, ) | |
| ) | |
| Defendant(s). ) | |

THE PLAINTIFF moves for the dismissal without prejudice of the Complaint originally filed in this action against the above named defendants based on the parties having reached a settlement agreement. The agreement is as follows:

1. Defendant Charles Lee Allen shall make monthly payments of $421.00 per month beginning January 1, 2010, and on the first day of each month thereafter until paid in full;

2. Defendant Charles Lee Allen shall make one payment of $5,000.00 on or before November 1, 2009;

3. The aforesaid payments shall be made to the Farm Service Agency-Saluda County, 201 East Church St., Saluda S.C. 29138;

4. The Plaintiff shall provide the Defendant with account statements at least yearly showing the application of payments to the loan and the remaining principal and interest.

Now therefore it is;

<u>ORDERED:</u>  That the Complaint originally filed in this civil action is hereby dismissed without prejudice.

<u>IT IS ALSO ORDERED:</u>  That the Clerk of Court of Common Pleas for Newberry County, South Carolina is hereby authorized and directed to cancel the Lis Pendens which was filed and recorded in that office on December 17, 2007 in Book 07-LP36, at Page 248.

<u>IT IS FURTHER ORDERED</u>, in light of the parties' settlement, that the previous foreclosure decree entered in this action is hereby VACATED.

<u>AND IT IS SO ORDERED.</u>

s/Henry F. Floyd
UNITED STATES DISTRICT JUDGE

Spartanburg, S. C.

July 15, 2009

WE SO MOVE:

W. WALTER WILKINS
UNITED STATES ATTORNEY


By: <u>s/George J. Conits</u>
    George J. Conits, (I.D.#234)
    Assistant U. S. Attorney
    P.O. Box 10067
    Greenville, S.C. 29603

WITH THE CONSENT OF:


By: <u>s/Andrew S. Radeker</u>
    James C. Harrison, Jr. (I.D. 1745)
    Andrew S. Radeker (I.D. 10059)
    P.O. Box 50143
    Columbia, S.C. 29250
    Attorneys for Defendants
    Charles Lee Allen and Alberta B. Allen

WITH THE CONSENT OF:

RICHARDSON, PLOWDEN & ROBINSON, P.A.


By: <u>s/S. Nelson Weston, Jr.</u>
    S. Nelson Weston, Jr. (I.D.#5210)
    Attorneys for Newberry Federal Savings Bank
    n/k/a First Community Bank
    P.O. Box 7788
    Columbia, S.C. 29202

WE CONSENT:

KORN LAW FIRM, P.A.


BY: s/H. Guyton Murrell
    H. Guyton Murrell
    Attorney for the Defendant
    J. P . Morgan Chase Bank
    P.O. Box 12369
    Columbia, S.C. 29211-2369