IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

GREENWOOD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | <u>CANCELLATION OF LIS PENDENS</u> |
| Plaintiff, | C/A No. 8:07-3631 HFF |
| vs. | |
| Charles Lee Allen, Alberta B. Allen, Newberry Federal Savings and Loan, J. P. Morgan Chase Bank as Trustee on behalf of the registered certificateholders of GSAMP Trust 2004-SEA2, Mortgage Pass-Through Certificates, Series 2004-SEA2; Bessie A. Chattman; Frank Allen, and Bobby Hiller and Lucy Hiller, | |
| Defendants. | |

The Clerk of Court of Common Pleas for Saluda County, South Carolina is hereby authorized and directed to cancel the Lis Pendens which was filed and recorded in that office on December 17, 2007 in Lis Pendens Book 07LP36, at Page 248.

<u>s/Henry F. Floyd</u><br>
UNITED STATES DISTRICT JUDGE

Spartanburg, South Carolina

July__21____, 2009